■ VERMONT MEAT PACKERS, INC., Plaintiff, v CENTRAL BEEF CORPORATION, Sued as CENTRAL BEEF OF NEW YORK, Defendant and Third-Party Plaintiff-Respondent. RUPARI FOOD SERVICES, INC., et al., Third-Party Defendants-Appellants.—Orders, Supreme Court, New York County (Karla Moskowitz, J.), both entered on or about April 20, 1990, unanimously affirmed for the reasons stated by Karla Moskowitz, J., without costs. No opinion. Concur—Carro, J. P., Rosenberger, Kupferman, Ross and Rubin, JJ.

■ In the Matter of JEANETTE THOMPSON, Appellant, v LEE BROWN, as Executive Chairman of the Board of Trustees of the Police Pension Fund, Article II, et al., Respondents.— Order, Supreme Court, New York County (Eve Preminger, J.), entered on or about August 23, 1990, unanimously affirmed for the reasons stated by Eve Preminger, J., without costs. No opinion. Concur—Carro, J. P., Rosenberger, Kupferman, Ross and Rubin, JJ.